UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI TRUSCHKE-HARPSTER,<br><br>Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY JAIL,<br><br>Defendant. | Case No.: 1:24-cv-00547-CDB<br><br>ORDER DIRECTING PLAINTIFF TO COMPLY WITH LOCAL RULES AND RESETING DEADLINE TO RESPOND TO FIRST SCREENING ORDER<br><br>(Doc. 6)<br><br>**30-DAY DEADLINE**<br><br><u>Clerk of the Court to Update Docket and Effect Service of First Screening Order</u> |

Plaintiff Tammi Truschke-Harpster ("Plaintiff") is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 13, 2025, the Court issued its first screening order, finding Plaintiff failed to allege any cognizable claims in her complaint and granting leave to file an amended complaint within 30 days or, alternatively, a notice of voluntary dismissal. (Doc. 6). The Court served the order upon Plaintiff by mail, which was returned by the U.S. Postal Service as "[u]ndeliverable, [u]nable to [f]orward." *See* (Dkt. dated 3/27/2025.) To date, Plaintiff has not updated her address with the Court.

As explained in the Court's first informational order, a party appearing pro se must keep the Court advised of her current address. (Doc. 3 at 5.) Pursuant to Local Rule 183(b), if mail

directed to a pro se plaintiff "is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." LR. 183(b).

The Court has conducted a search of the California Department of Corrections and Rehabilitation ("CDCR") inmate locater, which provides Plaintiff's current address as CDCR Number WH4701, Central California Women's Facility (CCWF), 23370 Road 22, Chowchilla, California 93610.[1]

The Court admonishes Plaintiff regarding her continuing duty to notify the Court of any change of address. (Doc. 3 at 5) (citing Local Rule 183(b)). As a one-time courtesy only, the Court will direct the Clerk of the Court to update Plaintiff's address and re-serve the first screening order (Doc. 6) at Plaintiff's new address. The Court will restart the 30-day window within which Plaintiff must respond to the Court's first screening order.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have **30 days from the date of issuance of this order** to respond to the Court's first screening order (Doc. 6);

2. The Clerk of the Court is directed to re-serve with a copy of this order the Court's first screening order (Doc. 6) at Plaintiff's current address; and

3. The Clerk of the Court is directed to update the docket to reflect Plaintiff's current address at:
   CDCR Number WH4701
   Central California Women's Facility (CCWF)
   23370 Road 22, Chowchilla, CA 93610

**Any failure by Plaintiff to comply with this Order will result in a recommendation that this case be dismissed for failure to comply with the Local Rules and Court's orders.**

IT IS SO ORDERED.

Dated:   **April 23, 2025**                              /s/ 
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] CDCR, California Incarcerated Records and Information Search (CIRIS), accessible at https://ciris.mt.cdcr.ca.gov/results?lastName=truschke (last visited April 22, 2025).